S, 314-07

#0936545
Mr. Cleo Chester McGrew Jr.
Le Blanc Unit A-1-B
3695 FM.3514
Beaumont, Tx 77705

CLERK
Ms. Louise Pearson, Clerk
Court of Criminal Appeals
P.O. Box 12308
Capital Station
Austin, Tx 78711

03/12/2015

C.C. Dear Ms. Louise Pearson,
Did you receive my 11.07 that Jackson County sent. If so who sent it or who delivered it. Did Mr. Robert E. Bell himself hand delivered my 11.07. Did he come to Austin Tx. Did you receive my five exhibits along with my 11.07. I would like for you to send me a copy of what Jackson County has sent you. So I can see for myself what was sent to you. Because Mr. Bell doesn't do things properly. He, Mr. Robert E. Bell uses threats of death and or bodily injury to anyone who seeks to file civil charges against him for his under-handed ways. He uses his office to increase the range of punishment on a convicted person. Mr. Louise Pearson, Mr. Robert E. Bell will try to persuade you to dismiss my 11.07. That will be a federal offence. My first 11.07 was denied with doubt of a written opinion. I'm just trying to seek justice. Thank you very much for your time and concern. Send copys please and one of this letter as well. CLEO McGREW JR #935145

C.C.
Thank you.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 16 2015

Abel Acosta, Clerk